# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 28, 2011

No. 10-50452
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ROBERT T. DAVIS; LINDA M. DAVIS

Defendants - Appellants

Appeal from the United States District Court
for the Western District of Texas
USCA No. 1:08-CV-238

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:*

Appellants' liability and the court order to vacate and for the sale of the land have been final long ago.  No effort was made to abort the sale when publication of the fourth notice was one hour late.  The sale has been confirmed. It has now been consummated and the present appeal is moot.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.